

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-19-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR126(JBA) |
| v. | VIOLATIONS: |
| MARQUIS ISREAL a.k.a. "Garf;" <br> ASANTE GAINES a.k.a. "Santi;" <br> DESTINE CALDERON; <br> DIOMIE BLACKWELL a.k.a. "Yamo;" <br> LAHEEM JONES a.k.a. "Heemie;" <br> TYIESE WARREN a.k.a. "Loose Screw;" <br> JACQUON BENEJAN a.k.a. "Blick;" and <br> UNDREA KIRKLAND a.k.a. "Spooda" | 18 U.S.C. § 1962(d) (RICO conspiracy) <br><br> 18 U.S.C. §§ 1959(a)(3) and (a)(5) (VCAR assault with a dangerous weapon/attempted murder) <br><br> 18 U.S.C. § 924(c) (Using a firearm during and in relation to a crime of violence/using a firearm in furtherance of a drug trafficking offense) <br><br> 18 U.S.C. §§ 1959(a)(5) and (a)(6) (VCAR conspiracy to commit murder/ conspiracy to commit assault with a dangerous weapon) <br><br> 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)(Possession with Intent to Distribute a Controlled Substance) <br><br> 18 U.S.C. § 2 (Aiding and Abetting) |

SUPERSEDING INDICTMENT

The Grand Jury charges:

COUNT ONE
(RICO Conspiracy)

The Enterprise

1. At all times relevant to this Superseding Indictment, the defendants ASANTE GAINES, a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo,"

1

LAHEEM JONES, a.k.a. "Heemie," JACQUON BENEJAN, a.k.a. "Blick," and UNDREA KIRKLAND, a.k.a. "Spooda," together with others known and unknown to the Grand Jury, were members and associates of a Bridgeport, Connecticut street gang and criminal organization known as the Greene Homes, the Hots, the Greenes Boys, the GHB, and the Greene Homes Boyz (referred to herein as the "Greene Homes Boyz/Hots") that controls the Charles F. Greene Homes Housing Project, located in an area of Bridgeport referred to as The Hollow. The Greene Homes Boyz/Hots enterprise's members and associates engaged in narcotics distribution and acts of violence, including acts involving murder and assault. Greene Homes Boyz/Hots members and associates are allied with another Bridgeport criminal organization, the Original North End/ O.N.E. (which is based in the North End of Bridgeport) and, at times, the two gangs jointly target rival gang members. The Greene Homes Boyz/Hots enterprise operates principally in Bridgeport, Connecticut.

2. The Greene Homes Boyz/Hots gang began as a local street gang based in Bridgeport, Connecticut, but it currently has members and associates who are either incarcerated or living throughout Bridgeport and surrounding towns. Greene Homes Boyz/Hots members and associates often communicate through various forms of electronic communication, including Facebook messenger, SnapChat, phone calls, text messages and music videos posted online. At times, members and associates use gang symbols and code words to communicate in order to avoid revealing their criminal activity.

3. Members and associates of the Greene Homes Boyz/Hots gang are expected to protect the name, reputation and status of the gang from rival gang members and other persons. To protect the gang and enhance its reputation, Greene Homes Boyz/Hots members and associates

2

are expected to use any means necessary to force respect from those who have shown disrespect, including committing acts of intimidation, threats of violence and violence.

4. At all times relevant to this Superseding Indictment, the Greene Homes Boyz/Hots gang, including its leaders, members and associates, constituted an enterprise as defined in Title 18, United States Code, Section 1961(4) (hereinafter also referred to as "the Enterprise"), that is, a group of individuals associated in fact that engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members and associates functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

5. The defendants Marquis Isreal, a.k.a. "Garf," and Tyiese Warren, a.k.a. "Loose Screw," who are not charged in Count One, were members of the Original North End/O.N.E., a Bridgeport-based gang and associates of the Green Homes Boyz/ Hots. The Greene Homes Boyz/Hots and the Original North End/O.N.E. gangs have been allied together since approximately 2017. These two groups are allied against another alliance of Bridgeport gangs to include the East End, East Side, the P.T. Barnum and 150 (which is based in the West side of Bridgeport) gangs.

6. The Greene Homes Boyz/Hots had multiple criminal objectives, one of which was enrichment of the members and associates of the Enterprise through the distribution of controlled substances including heroin, crack cocaine/ cocaine base, marijuana and Percocet pills. Members and associates of the Greene Homes Boyz/Hots sold narcotics primarily in the Greene Homes housing project in Bridgeport. Enterprise members and associates referred customers to each other and engaged in narcotics trafficking together. Greene Homes Boyz/Hots members and associates would share customers and refer each other to customers and engaged in narcotics trafficking

together. Often, drug-related activity was coordinated and facilitated by text messaging and Facebook messenger.

7.  Members and associates of the Greene Homes Boyz/Hots gang committed, conspired, attempted and threatened to commit acts of violence, to protect the enterprise and to protect fellow members and associates of the Greene Homes Boyz/Hots gang as well as the reputations of deceased members. These acts of violence included acts involving murder and assault and were intended to protect the Greene Homes Boyz/Hots gang from rival gangs and to otherwise promote the standing and reputation of the enterprise (and individual members) amongst rival gangs as well as amongst other Greene Homes Boyz/Hots gang members.

### Purposes of the Greene Homes Boyz/Hots Enterprise

8.  The purposes of the Enterprise included the following:

a.  Enriching the members and associates of the Enterprise through, among other things, the distribution and sale of controlled substances.

b.  Preserving and protecting the power, territory, reputation, and profits of the Enterprise using intimidation, threats of violence, and violence, including, but not limited to, acts involving murder and assault.

c.  Promoting and enhancing the Enterprise and the activities and authority of its members and associates.

d.  Keeping victims and potential victims, witnesses and rival gang members in fear of the Enterprise and in fear of its members and associates through violence and threats of violence.

e.  Providing assistance to members and associates of the Enterprise who committed crimes for and on behalf of the Enterprise.

  f. Providing financial support and information to members and associates of the Enterprise, including those incarcerated for committing acts of violence, distributing controlled substances and other offenses.

  g. Protecting the Enterprise and its members and associates from detection and prosecution by law enforcement authorities through acts of intimidation and violence against potential witnesses, including members and associates of the Enterprise, to crimes committed by members and associates of the Enterprise.

  h. Hindering, obstructing, and preventing law enforcement officers from identifying, apprehending, and successfully prosecuting and punishing members and associates of the Greene Homes Boyz/Hots.

<u>Means and Methods of the Greene Homes Boyz/Hots Gang Enterprise</u>

  9. Among the means and methods employed by the members and associates in conducting and participating in the conduct of the affairs of the Enterprise were the following:

  a. Members and associates of the Enterprise committed, conspired, attempted, and threatened to commit acts of violence, including acts involving murder and assault, against rival gang members and other individuals adverse to the Enterprise.

  b. Members and associates of the Enterprise promoted and celebrated the criminal conduct of the Enterprise, namely the narcotics distribution, acts involving violence, and the use and possession of firearms, on social media websites such as Facebook and YouTube.

  c. Members and associates of the Enterprise obtained, possessed, shared, used and disposed of firearms.

  d. Members and associates of the Enterprise distributed controlled substances.

e.  Members and associates of the Enterprise committed acts of intimidation and made threats as a means of deterring and/or punishing any potential witnesses to their crimes and in connection with protecting the Enterprise and its members and associates from detection and prosecution by law enforcement authorities.

## The Racketeering Conspiracy

10. From approximately 2014 to the present, in the District of Connecticut and elsewhere, the defendants ASANTE GAINES, a.k.a. "Santi, DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo," LAHEEM JONES, a.k.a. "Heemie," JACQUON BENEJAN, a.k.a., "Blick," and UNDREA KIRKLAND, a.k.a. "Spooda," together with others known and unknown to the Grand Jury, being persons employed by and associated with the Enterprise described in the preceding paragraphs, namely the Greene Homes Boyz/Hots gang, knowingly combined, conspired, confederated, and agreed together and with each other to violate the racketeering law of the United States, namely, Section 1962(c) of Title 18, United States Code, that is, to conduct and participate, directly and indirectly, in the conduct of the affairs of the Greene Homes Boyz/Hots gang, which was engaged in, and the activities of which affected, interstate and foreign commerce, through a pattern of racketeering activity consisting of:

   a. Multiple acts involving murder chargeable under the following provisions of state law: Connecticut General Statutes § 53a-54a (murder); § 53a-48 (conspiracy); § 53a-49 (attempt) and § 53a-8(a) (aiding and abetting).

   b. Multiple offenses involving the distribution of controlled substances in violation of the laws of the United States, namely, Title 21, United States Code, Sections 841 and 846.

6

11. It was a part of the conspiracy that each defendant agreed that a conspirator would commit at least two acts of racketeering activity in the conduct of the affairs of the Enterprise.

## Overt Acts

12. In furtherance of the conspiracy and to achieve the objectives thereof, the following overt acts, among others, were committed in the District of Connecticut:

   a. From at least 2015 to the present, in the District of Connecticut, ASANTE GAINES, a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo," LAHEEM JONES, a.k.a. "Heemie," JACQUON BENEJAN, a.k.a. "Blick," and UNDREA KIRKLAND, a.k.a. "Spooda," and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States. The controlled substances involved in the offense included heroin, cocaine base (crack), marijuana and Percocet pills.

   b. On or about May 22, 2015, UNDREA KIRKLAND, a.k.a. "Spooda," shot and attempted to kill KJ, an individual whose identity is known to the Grand Jury and who was a member or associate of the rival 150 gang.

   c. On or about February 7, 2018, JACQUON BENEJAN a.k.a. "Blick," and DIOMIE BLACKWELL, a.k.a. "Yamo," shot and attempted to kill MJ, an individual whose identity is known to the Grand Jury and who was a member or associate of the rival 150 gang.

   d. On or about February 27, 2018, in the District of Connecticut, UNDREA KIRKLAND, a.k.a. "Spooda," shot and attempted to kill TH, an individual whose identity is known to the Grand Jury and who was a member or associate of the rival East End gang.

   e. On or about October 4, 2018, in the District of Connecticut, UNDREA KIRKLAND, a.k.a. "Spooda," and JACQUON BENEJAN, a.k.a. "Blick," shot and attempted to kill MS, an individual whose identity is known to the Grand Jury and who was an associate of the East End gang.

   f. On or about January 27, 2020, in the District of Connecticut, ASANTE GAINES, a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo," and LAHEEM JONES, a.k.a. "Heemie," aided and abetted by Marquis Isreal, a.k.a. "Garf," and Tyiese Warren, a.k.a. "Loose Screw," who are not defendants in Count One, shot at and attempted to kill members and associates of the rival East End gang.

All in violation of Title 18, United States Code, Section 1962(d).

COUNT TWO
(VCAR Assault with a Dangerous Weapon and VCAR Attempted Murder/Aiding and Abetting in VCAR Assault with a Dangerous Weapon and VCAR Attempted Murder)

13.     Paragraphs 1 and 9 are incorporated by reference.

14.     At all times relevant to this Superseding Indictment, the Greene Homes Boyz/Hots, including its leadership, its members, and its associates, constituted an enterprise as defined in Title 18, United States Code, Section 1959(b)(2), that is, a group of individuals associated in fact, which was engaged in, and the activities of which affected, interstate and foreign commerce. The enterprise constituted an ongoing organization whose members functioned as a continuing unit for a common purpose of achieving the objectives of the enterprise.

15.     At all times relevant to this Superseding Indictment, the above-described enterprise, through its leadership, its members and its associates, engaged in racketeering activity as defined in Title 18, United States Code, Sections 1959(b)(1) and 1961(1), namely, acts involving murder in violation of the laws of the State of Connecticut and multiple offenses involving the distribution of controlled substances in violation of the laws of the United States, namely, Title 21, United States Code, Sections 841 and 846.

16.     On or about January 27, 2020, in the District of Connecticut, the defendants MARQUIS ISREAL, a.k.a. "Garf," ASANTE GAINES, a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo," LAHEEM JONES, a.k.a. "Heemie" and TYIESE WARREN, a.k.a. "Loose Screw" aiding and abetting each other, for the purpose of gaining entrance to and maintaining and increasing position in the Greene Homes Boyz/Hots, an enterprise engaged in racketeering activity, intentionally and knowingly assaulted JA, JW, TW, and KH, individuals whose identities are known to the Grand Jury, with a dangerous weapon, in violation of Conn. Gen. Stat. §§ 53a-59(a) and 53a-8, and attempted to murder JA, JW, TW, and KH, in

violation of Conn. Gen. Stat. §§ 53a-54a, 53a-49 and 53a-8.

All in violation of Title 18, United States Code, Sections 1959(a)(3) and 1959(a)(5) and Section 2.

## COUNT THREE

(Using and Discharging a Firearm During and in Relation to a Crime of Violence)

17. On or about January 27, 2020, in the District of Connecticut, the defendant MARQUIS ISREAL, a.k.a. "Garf," did knowingly carry, use, brandish and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, violations of Title 18, United States Code, Sections 1959(a)(3) and 1959(a)(5), as set forth in Count Two of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii).

## COUNT FOUR
(VCAR Conspiracy to Commit Murder and
Conspiracy to Commit VCAR Assault with a Dangerous Weapon)

18. Paragraphs 1 through 9, and 14 through 16 are incorporated by reference.

19. On or about January 27, 2020, in the District of Connecticut, the defendants MARQUIS ISREAL a.k.a., "Garf," ASANTE GAINES, a.k.a. "Santi," DESTINE CALDERON, DIOMIE BLACKWELL, a.k.a. "Yamo," LAHEEM JONES, a.k.a. "Heemie," and TYIESE WARREN, a.k.a. "Loose Screw," together with others, known and unknown to the Grand Jury, for the purpose of gaining entrance to and maintaining and increasing position in Greene Homes Boyz/Hots, intentionally and knowingly conspired to murder members of a rival gang, in violation of Conn. Gen. Stat. §§ 53a-54a and 53a-48, and conspired to assault members of a rival gang with a dangerous weapon, in violation of Conn. Gen. Stat. §§ 53a-59(a) and 53a-48.

In violation of Title 18, United States Code, Sections 1959(a)(5) and 1959(a)(6).

## COUNT FIVE
(Possession with Intent to Distribute Heroin, Fentanyl and Cocaine Base)

20. On or about January 27, 2020, in the District of Connecticut, the defendant MARQUIS ISREAL, a.k.a. "Garf," did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide ("fentanyl"), both Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
(Possession with Intent to Distribute Fentanyl)

21. On or about March 13, 2020, in the District of Connecticut, the defendant MARQUIS ISREAL, a.k.a. "Garf," did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanimide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SEVEN
(Possession with Intent to Distribute Cocaine Base)

22. On or about March 13, 2020, in the District of Connecticut, the defendant JACQUON BENEJAN, a.k.a. "Blick," did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack cocaine"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT EIGHT
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

23. On or about March 13, 2020, in the District of Connecticut, the defendant JACQUON BENEJAN, a.k.a. "Blick," did knowingly and intentionally possess a firearm, that is one Glock 43 handgun, bearing serial number ADSU529, and one Glock 19 handgun, bearing serial number BFAA617, and a 31 round magazine, in furtherance of a drug trafficking crime for which he may be prosecuted in a Court of the United States, that is a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), as more particularly set forth in Count Seven of this Superseding Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL

/s/

FOREPERSON

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
JOCELYN COURTNEY KAOUTZANIS
ASSISTANT UNITED STATES ATTORNEY

_____
PETER D. MARKLE
ASSISTANT UNITED STATES ATTORNEY

_____
RAHUL KALE
ASSISTANT UNITED STATES ATTORNEY

_____
KAREN PECK
ASSISTANT UNITED STATES ATTORNEY